Dear Judge William C. Griesbach

I am writing this letter to express my regret for downloading pictures of victimized girls. I thought I only had cgi pictures, but to find out that some of the pictures were of real girls leaves me with a sick feeling in the pit of my stomach.

I don't like who I am. Not just because of the crime I commited, but because of my inability to have any sembelance of a life. This isn't ment to be a self pity bit, It's just a fact.

I don't like who I am, but I want to change that.

Sincerely
Jesse Bell